1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8943
       Facsimile:  (415) 744-0134
7      E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

9              UNITED STATES DISTRICT COURT

10           EASTERN DISTRICT OF CALIFORNIA

11                **SACRAMENTO DIVISION**

12 KAREN S. MATTOX,                  )
                                     )
13      Plaintiff,                   )        CIVIL NO. 2:06-CV-01698-GGH
                                     )
14         v.                        )        STIPULATION AND ORDER TO EXTEND
                                     )        TIME
15 MICHAEL J. ASTRUE,                )
   Acting Commissioner of           )
16 Social Security,                  )
                                     )
17      Defendant.                   )
                                     )
18 ———————————————————————————)

19      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

20 attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's

21 motion for summary judgment.  Due to an extensive case load, training and previously scheduled leave,

22 counsel for Defendant needs additional time to respond to Plaintiff's brief.  The current due date is July

23 5, 2007.  The new due date will be August 6, 2007 (day 30 falls on a Saturday).

24      The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

25 ///

26 ///

27 ///

28 ///

1

2                                                   Respectfully submitted,

3                                                        */s/ Bess M. Brewer*

4   Dated June 29, 2007,                            _____

5                                                   Bess M. Brewer
                                                    (as authorized via email on June 29, 2007)
6                                                   Attorney at Law

7                                                   Attorney for Plaintiff

8

9   Dated June 29, 2007,                            McGREGOR W. SCOTT
                                                    United States Attorney
10                                                  LUCILLE GONZALES MEIS
                                                    Regional Chief Counsel, Region IX
11                                                  Social Security Administration

12                          By:
                                                         /s/ *Elizabeth Firer*
13                                                  _____

14                                                  Elizabeth Firer
                                                    Special Assistant U.S. Attorney

15                                                  Attorneys for Defendant

16

17

18                                          **ORDER**

19
         APPROVED AND SO ORDERED.
20

21
    DATED: 7/11/07                                  /s/ Gregory G. Hollows
22
                                                    _____
23                                                  Gregory G. Hollows
                                                    UNITED STATES MAGISTRATE JUDGE
24

25  mattox.eot

26

27

28

                                             2