1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8943
       Facsimile: (415) 744-0134
7      E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| KAREN S. MATTOX,            )<br>          )<br>     Plaintiff,   )<br>          )<br>     v.        )<br>          )<br>MICHAEL J. ASTRUE,          )<br>Acting Commissioner of      )<br>Social Security,            )<br>          )<br>     Defendant.   )<br>_____) | CIVIL NO. 2:06-CV-01698-GGH<br><br>STIPULATION AND ORDER TO EXTEND TIME |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a second and final extension of time of 30 days to respond to Plaintiff's motion for summary judgment. Due to an extensive case load, including two 9th Circuit briefs due within 25 days, and an unanticipated absence, counsel for Defendant needs additional time to respond to Plaintiff's brief. The current due date is August 6, 2007. The new due date will be September 5, 2007.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

///

///

///

Respectfully submitted,

*/s/ Bess M. Brewer*

Dated August 6, 2007,

_____
Bess M. Brewer
(as authorized via email on August 6, 2007)
Attorney at Law

Attorney for Plaintiff

Dated August 6, 2007,

McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

By:   */s/ Elizabeth Firer*

_____
Elizabeth Firer
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: 8/8/07        /s/ Gregory G. Hollows

_____
Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

mattox.eot2

2