IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAREN S. MATTOX,

    Plaintiff,                                              CIV S-06-1698 GGH

    vs.

JO ANNE B. BARNHART,                     <u>ORDER</u>
Commissioner of Social Security,

    Defendant.

_____/

        The mandate of the Ninth Circuit Court of Appeals has issued, rendering its judgment, filed March 17, 2010, effective. That judgment reversed the judgment of the district court, with instructions to remand the case to the agency "for redetermination of eligibility for benefits."

        In accordance with the above, IT IS HEREBY ORDERED that: pursuant to Sentence Four of 42 U.S.C. § 405(g), this action is remanded to the ALJ consistent with the Ninth Circuit's judgment.

DATED: May 21, 2010

                                                    /s/ Gregory G. Hollows

                                                    UNITED STATES MAGISTRATE JUDGE

GGH:076
mattox1698.rem